105 A.3d 1256

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Adam MIELNICKI, Appellant.**

Supreme Court of Pennsylvania.

Argued March 11, 2014.

Decided Dec. 15, 2014.

■

Carolyn Ann Castagna, Esq., Brian J. Zeiger, Esq., Levin & Zeiger, L.L.P., for Mielnicki, Adam.

Karl Baker, Esq., Abigail Esther Horn, Esq., Aaron Joshua Marcus, Esq., Defender Association of Philadelphia, for Defender Association of Philadelphia.

Nicholas J. Casenta Jr., Esq., Thomas P. Hogan Jr., Esq., West Chester, for Commonwealth of Pennsylvania.

Gerald P. Morano, Esq., Chester County District Attorney's Office, for Commonwealth of Pennsylvania.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

■

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**